# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2016

## NO. 03-14-00440-CV

**Nancy Marie Peck, Appellant**

**v.**

**Wayne Cody Peck, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the decree signed by the trial court on May 8, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's decree. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.